# United States Bankruptcy Court
## Southern District of Texas

In re   **Vincent P. Young, Jr.**                                                Case No.   **14-30400**
                                   Debtor(s)                                     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January 27, 2014**                     **/s/ Vincent P. Young, Jr.**
                                                 **Vincent P. Young, Jr.**
                                                 Signature of Debtor

ABC Home & Commercial Services
8448 N. Sam Houston PWKY
Houston, TX 77064-3445


America's Servicing Company
P.O. Box 10388
Des Moines, IA 50306-0388


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Americredit
P.O. Box 78143
Phoenix, AZ 85062-8143


Austin Regional Clinic
P.O. Box 660061
Dallas, TX 75266-0061


Bellin Health
P.O. Box 22487
Green Bay, WI 54305


Blue Mountain Pools
P.O. Box 976
Kemah, TX 77565


BMW Financial
P.O. Box 78066
Phoenix, AZ 85062-8066

Brian D. Jewab
Platinum Credit Management, LP
152 West 57th Street, 54th Floor
New York, NY 10019


Cathy Barnes
1878 Farragu St
New Orleans, LA 70114


Centerpoint Energy
P.O. Box 4981
Houston, TX 77210-4981


Charles H. Peckham
Peckham, PLLC
Two Bering Park
800 BeringDrive, Ste. 220
Houston, TX 77057


Comcast
P.O. Box 660618
Dallas, TX 75266-0618


Comptroller of Maryland
Revenue Administration Div.
110 Carrol Street
Annapolis, MD 21411-0001


David A. Chaumette
2245 Texas Drive, Ste. 300
Sugar Land, TX 77479


Department of the Treasury
Internal Revenue Service Center
Austin, TX 73301-0002

Direct Energy
P.O. Box 660896
Dallas, TX 75266-0896


DirecTV
P.O. Box 78626
Phoenix, AZ 85062-8626


Exotic Diamonds
5757 Westheimer #120
Houston, TX 77057


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0001


G&G Lawn Service
12810 Newbrook Dr
Houston, TX 77072


HCMUD #372
P.O. Box 4928
Houston, TX 77210-4928


HCTRA - Violations
Dept. 1
P.O. Box 4440
Houston, TX 77210-4440


Jeff Heard
P.O. Box 28624
Austin, TX 78755

```
Major L. Adams II
8102 Fondren Lake Drive
Houston, TX 77071



McGinnis & McGinnie PLLC
3605 Glenwood Avenue, Ste. 490
Raleigh, NC 27612



Missouri Department of Revenue
P.O. Box 3222
Jefferson City, MO 65105-3222



Municipal Services Bureau
CTRMA Processing
P.O. Box 16777
Austin, TX 78761-6777



N.C. Dept. of Revenue
P.O. Box 2500
Raleigh, NC 27640-0640



NJ Division of Taxation
Revenue Processing Center
P.O. Box 244
Trenton, NJ 08646-0244



NYS Estimated Income Tax
Processing Center
P.O. Box 4122
Binghamton, NY 13902-4122



PA Department of Revenue
2 Revenue Place
Harrisburg, PA 17129-0002
```

Peoples Financial Services
4000 Westchase Blvd., Ste. 150
Raleigh, NC 27607



Pro Player Funding LLC
152 West 57th Street
New York, NY 10019



Progressive
P.O. Box 650201
Dallas, TX 75265-0201



Ronnie T. Peoples
4000 Westchase Blvd., Ste. 150
Raleigh, NC 27607



Royal Oaks RCOA
c/o PMG-Houston
P.O. Box 3157
Houston, TX 77253-3157



Sarah Schindler-Williams
1735 Market Street, 51st Floor
Philadelphia, PA 19103



Sean J. Bellew
Christopher S. Chow
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034


Stacey Faucher
3505 Sage Rd. Unit 1809
Houston, TX 77056

```
Tammy R. Shea
Cozen O'Connor, LLP
1221 McKinney Street, Ste. 2900
Houston, TX 77002



Travelers Personal Insurance
P.O. Box 660307
Dallas, TX 75266-0307



Verizon
P.O. Box 660108
Dallas, TX 75266-0108



Wells Fargo
P.O. Box 54780
Los Angeles, CA 90054-0780
```